1  Eric M. Schiffer (SBN 179695)
   William L. Buus (SBN 180059)
2  SCHIFFER & BUUS, APC
   3070 Bristol Street, Suite 530
3  Costa Mesa, California 92626
   Telephone: (949)825-6140
4  Facsimile: (949)825-6141
   Email:   eschiffer@schifferbuus.com
5            wbuus@schifferbuus.com

6  Attorneys for Plaintiff,
   DOUGLAS HENDRICKS, M.D.

7

8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                     SOUTHERN DIVISION

11 DOUGLAS HENDRICKS, M.D., an        ) Case No.:
   individual                        )     SACV 12 - 02169 AG (RNBx)
12                                    ) COMPLAINT FOR:
              Plaintiff,             )
13                                    ) 1) COPYRIGHT
                                      )    INFRINGEMENT;
14 vs.                               ) 2) FALSE ADVERTISING/
                                      )    DESIGNATION OF ORIGIN
15                                    )    (15 U.S.C. Section 1125(a));
   PHYSICIANS SKIN & WEIGHT          ) 3) UNFAIR COMPETITION;
16 CENTERS, INC., a California        ) 4) VIOLATION OF
   Corporation; and DOES 1-10, inclusive, )    CALIFORNIA BUSINESS &
17                                    )    PROFESSIONS CODE
              Defendants.            )    SECTION 17200
18                                    )
   _____) DEMAND FOR JURY TRIAL
19
         Plaintiff DOUGLAS HENDRICKS, M.D. complains against defendants

20 PHYSICIANS SKIN & WEIGHT CENTERS, INC. and DOES 1-10 (collectively

21 "Defendants") as follows:

22                          **THE PARTIES**

23       1.    Plaintiff DOUGLAS HENDRICKS, M.D., ("DR. HENDRICKS" or

24 "Plaintiff") is an individual that is, and at all times relevant herein was, residing in

25 the state of California, within the judicial district of this court.  DR. HENDRICKS

26 is a licensed medical doctor doing business in the State of California, County of

27 Orange.

28       2.    Plaintiff is informed and believes, and thereon alleges that Defendant

                                    1
                    COMPLAINT; DEMAND FOR JURY TRIAL

1  PHYSICIANS SKIN & WEIGHT CENTERS, INC. ("PHYSICIANS") is, and at
2  all times relevant herein was, a California corporation, doing business in the state
3  of California, County of Orange, as a medical practice.

4      3.  The true names and capacities, whether individual, corporate, associate,
5  or otherwise, of Defendants sued herein as DOES 1 through 10, inclusive, are
6  unknown to Plaintiff at the present time, and therefore Plaintiff sues said
7  Defendants by such fictitious names.  Plaintiff, after obtaining leave of court, if
8  necessary, will amend this complaint to show such true names and capacities, and
9  any additional factual allegations, when the same have been ascertained.

10      4.  Plaintiff alleges, on information and belief, that Defendants and each of
11  them, designated herein as DOES 1 through 10, inclusive, are responsible in some
12  manner for the occurrences and happenings as herein alleged, and that Plaintiff's
13  damages, as herein alleged, were and are the direct and proximate result of actions
14  of said Defendants, and each of them.  Said Defendants are sued individually, and
15  in their capacities as agents, owners, managers, successors in interest, alter egos,
16  servants, and employees of each other, or any combination thereof.

17      5.  Plaintiff alleges, on information and belief, that at all times mentioned
18  herein, each of the Defendants were the principal, agent, owner, manager,
19  successor in interest, alter ego, and/or owner of each of the remaining Defendants,
20  and was acting within the scope and authority of such capacity, and with the
21  knowledge, consent, approval, and ratification of the remaining Defendants, and
22  each of them, with no separateness or distinction.

23  **JURISDICTION AND VENUE**

24      6.  Jurisdiction in this Court is proper as this Complaint poses federal
25  questions arising under particular federal statutes, including the Lanham Act under
26  15 U.S.C. §§ 1125 *et seq*., and the Copyright Act of 1976, as amended in 17 U.S.C.
27  §§ 101 *et seq*.  This Court has subject matter jurisdiction of this action pursuant to
28  28 U.S.C §§ 1331 and 1338, and 15 U.S.C. § 1121.

2
COMPLAINT; DEMAND FOR JURY TRIAL

7.     To the extent this Complaint seeks relief under California State law and common law, those claims are specifically authorized to be brought in to this Court under the supplemental jurisdiction provision of 28 U.S.C § 1367 and under 28 U.S.C. § 1338.

8.     Plaintiff is informed and believes, and thereon alleges that this Court has personal jurisdiction over Defendant PHYSICIANS because it is a California corporation, doing business in the state of California, within this judicial district.

9.     Venue is proper in the State of California and this district pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a) because PHYSICIANS, as a California corporation, is doing business in the State of California, County of Orange, which is where a substantial part of the events or omissions giving rise to the claim occurred.

## **GENERAL ALLEGATIONS**

10.     DR. HENDRICKS is a board certified Plastic and Reconstructive Surgeon, and is Board Certified in General Surgery and Hand Surgery.  A former full-time associate professor of Plastic Surgery in the Department of Surgery at Loma Linda School of Medicine, DR. HENDRICKS established a private practice in Orange County twelve years ago, which has become successful because of his efforts and skill.

11.     In furtherance of Plaintiff's continued efforts to build his practice and to establish himself in the Plastic and Reconstructive Surgery community, Plaintiff has taken efforts to market his accomplishments.  Plaintiff has established a website for his business which tout his skill, and which displays photographs (authorized by his patients) depicting actual results he has achieved for his patients by way of "before and after" photographs.

12.     In 2007, Plaintiff took before and after photographs of one of his cosmetic surgical procedure patients ("the Subject Photos").  The "before" photograph is a side image of Plaintiff's patient with a rounded lower abdominal

1  area, and a fuller gluteal and thigh area.  The "after" photograph is also a side

2  image of that same  patient after receiving treatment from DR. HENDRICKS, but

3  with a significantly reduced lower abdominal, gluteal, and thigh area.  Attached

4  hereto as **Exhibit A** and incorporated by reference herein is a true and correct copy

5  of the Subject Photos.

6       13.  Since June 2007, Plaintiff has displayed the Subject Photos on his

7  medical website to promote his business, to illustrate his skill as a surgeon, and to

8  demonstrate the effectiveness of the procedures his medical practice offers to his

9  patients.

10       14.  On October 26, 2012, Plaintiff submitted a copyright application to

11  register the Subject Photos as works of visual arts with the United States Copyright

12  Office under Case No. 1-833146221.  Plaintiff also fully paid the application fee.

13  Said copyright application is pending and has not been rejected, and is valid and

14  subsisting.  Attached hereto as **Exhibit B** and incorporated by reference herein is a

15  true and correct copy of the application.

16                       **DEFENDANTS' INFRINGING CONDUCT**

17       15.  Plaintiff is informed and believes, and thereon alleges that

18  PHYSICIANS is a statewide cosmetic treatment center which provides many of

19  the same services and treatments as Plaintiff.  PHYSICIANS is therefore a direct

20  competitor of Plaintiff.

21       16.  On or about September 2012, Plaintiff discovered a billboard visible

22  at the junction of the 55 freeway and the 405 freeway ("the Billboard") promoting

23  PHYSICIANS' services that displayed the Subject Photos and represented that the

24  results set forth in the Photos were results achieved by PHYSICIANS.  Attached

25  hereto as **Exhibit C** and incorporated by reference herein is a true and correct copy

26  of the Billboard.  Plaintiff did not authorize use of the Subject Photos by

27  PHYSICIANS in that manner, or in any manner.

28

17.   Upon further investigation, Plaintiff discovered that PHYSICIANS was also using the Subject Photos on its own website and representing that the results demonstrated by the Subject Photos were results achieved by PHYSICIANS, and that the patient in the Subject Photos was PHYSICIANS' "own patient," when it was not.  Attached hereto as **Exhibit D** and incorporated by reference herein is a true and correct copy of the PHYSICIANS website.

18.   Plaintiff is informed and believes, and thereon alleges that in or about early December 2012, PHYSICIANS again advertised their services on a billboard visible at the junction of  the 55 freeway and the 405 freeway promoting PHYSICIANS' services, which displayed the Subject Photos and represented that the results set forth in the Subject Photos were results achieved by PHYSICIANS.

19.   At no point in time did Plaintiff provide PHYSICIANS with the Subject Photos or authorize it to use the Subject Photos.

### First Cause of Action

### (Copyright Infringement

### as against Defendant PHYSICIANS and DOES 1-10)

20.   Plaintiff realleges and incorporates herein each and every allegation contained in paragraphs 1 though 19 above.

21.   The Subject Photos (**Exhibit A**) are original works of authorship developed and owned by Plaintiff and are copyrightable subject matter under the laws of the United States.  This copyrightable subject matter was fixed in a tangible medium by the development of the Subject Photos.

22.   On October 26, 2012, Plaintiff submitted a copyright application for the Subject Photos with the United States Copyright Office under Case No. 1-833146221.  Plaintiff's Copyrights are the subject of a pending copyright application, which is valid and subsisting.  See **Exhibit B.**

23.   Plaintiff did not authorize, consent, or give permission to Defendants to use, duplicate,  reproduce, copy, display, distribute, and/or prepare derivative

COMPLAINT; DEMAND FOR JURY TRIAL

1  works of the Subject Photos described above.

2      24.    Without Plaintiff's permission, Defendants intentionally and

3  knowingly caused the Photographs to be reproduced, counterfeited, copied, and/or

4  displayed on PHYSICIANS' Billboard and Website.

5      25.    Defendants' acts constitute infringement of Plaintiff's Copyrights,

6  including Plaintiff's exclusive right to reproduce, distribute, and/or sell the Subject

7  Photos.

8      26.    Defendants' knowing and intentional copyright infringement as

9  alleged herein has caused, and will continue to cause, substantial and irreparable

10  harm to Plaintiff and has caused, and will continue to cause damage to Plaintiff.

11  Plaintiff is, therefore, entitled to injunctive relief, pursuant to 17 U.S.C. § 502, and

12  damages, including, but not limited to, Defendants' profits.

13                          **Second Cause Of Action**

14          **False Advertising/ Designation of Origin (15 U.S.C. Section**

15          **1125(a)) as against Defendants PHYSICIANS and DOES 1-10)**

16      27.    Plaintiff realleges and incorporates herein each and every allegation

17  contained in paragraphs 1 though 26 above.

18      28.    Plaintiff is the legal owner of the Subject Photos, has not abandoned

19  any of the rights thereto since their first use, and has continuously used the Subject

20  Photos in conjunction with his medical practice.

21      29.    Despite knowledge of Plaintiff's ownership interests in the Subject

22  Photos, Defendants, and each of them, have made, and continue to make use of the

23  Subject Photos and/or confusingly similar derivatives thereof in interstate

24  commerce without Plaintiff's permission.

25      30.    Defendants' unauthorized use of the Subject Photos creates a false

26  association between Defendants and Plaintiff. Defendants' unauthorized use of the

27  Subject Photos also tends to cause confusion, mistake, and/or deception among

28  consumers as to the source, quality, and nature of Defendants' goods and services.

31.    Defendants, and each of them, have engaged in fraudulent business practices, false advertising, and unfair competition by using the Subject Photos, associated goodwill, and other intangible rights of Plaintiff without permission, as described above, in an attempt to pass off Defendants' goods or services as coming from, being sponsored by, and/or affiliated with, Plaintiff when such is not the case.

32.    Defendants' use of the Photographs, goodwill, and other intangible rights of Plaintiff is in direct violation of 15 U.S.C. § 1125(a) *et seq.*, and represents false advertising and false designation of source entitling Plaintiff to all remedies available under the law.

33.    As a proximate result of the foregoing conduct, Plaintiff is entitled to damages against all Defendants, and each of them, in an amount according to proof based upon, among other things, Defendants' profits earned wrongfully, as well as Defendants' unjust enrichment.  Plaintiff is also entitled to a temporary, preliminary, and permanent injunction, and to any and all other relief the Court deems just and proper under the law.

## Third Cause of Action

### (Common Law Unfair Competition as against
### Defendants PHYSICIANS and DOES 1-10)

34.    Plaintiff realleges and incorporates herein each and every allegation contained in paragraphs 1 though 33 above.

35.    Plaintiff is the legal owner of the Photographs, and has not abandoned any of the rights thereto since their first use, and the Photographs have been and continue to be used by Plaintiff.

36.    Despite knowledge of Plaintiff's ownership interests in the Photographs, Defendants, and each of them, have made, and continue to make use in interstate commerce of the Photographs and/or confusingly similar derivatives thereof without Plaintiff's permission.

7
COMPLAINT; DEMAND FOR JURY TRIAL

37.  Defendants' unauthorized use of the Plaintiff's Photographs and/or confusingly similar variations thereof in connection with the sale of their competing goods and services is likely to cause, and has caused, confusion, mistake, and deception on the part of the public as to their affiliation, connection, and association with Plaintiff, and to cause confusion, mistake, and/or deception as to the source, sponsorship, or approval of Defendants' goods and services.

38.  Defendants' actions, as described above, and specifically their unauthorized use of the Photographs, to advertise, promote, market, and sell goods and services in competition with Plaintiff, intentionally have caused and will cause confusion among the public in this District and elsewhere, thereby engaging in fraudulent business practices, false advertising, and unfair competition.

39.  Defendants, and each of them, have engaged in a pattern of unfair, deceptive, and fraudulent acts to enrich themselves by misappropriating Plaintiff's rights to the Photographs and using them for their own benefit.

40.  Upon information and belief, Defendants have undertaken these acts willfully, maliciously, and with the devious intent to cause confusion, mistake, and deception on the part of the public.

41.  Defendants' acts have damaged Plaintiff's business reputation and goodwill and unjustly enriched Defendants.

42.  Defendants' wrongful acts have caused, and unless enjoined, will continue to cause, irreparable harm and injury to Plaintiff's business reputation and goodwill for which there is no adequate remedy at law.

43.  Defendants' acts have also caused, and unless enjoined, will continue to cause inevitable consumer confusion for which there is no adequate remedy at law.  Plaintiff is, therefore, entitled to a temporary restraining order, preliminary injunction, and permanent injunction enjoining Defendants from using the Photographs to advertise, market, and/or sell Defendants' goods and services.

44.  As a proximate result of the foregoing conduct, Plaintiff has been

1   harmed and is entitled to damages against all Defendants, and each of them, in an

2   amount according to proof at trial, and to any and all other relief the Court deems

3   just and proper under the law.

4        45.    Plaintiff is informed and believes, and thereon allege, that

5   Defendants' conduct was willful, wanton, malicious, and in conscious disregard of

6   Plaintiff's rights in the Photographs, justifying an award of punitive and exemplary

7   damages, under *California Civil Code* § 3294, in an amount according to proof at

8   trial.

9                        **Fourth Cause of Action**

10     **(Violation of California Business & Professions Code Section 17200**

11           **as Against Defendants PHYSICIANS and DOES 1-10)**

12       46.    Plaintiff realleges and incorporates herein each and every allegation

13   contained in paragraphs 1 though 45 above.

14       47.    Plaintiff has built valuable goodwill by way of the Subject Photos.

15   Defendants' advertising, marketing, promotion, offer for sale, and/or sale of their

16   goods and services with the same or confusingly similar photographs is likely to,

17   and enables Defendants to, improperly trade upon the goodwill of Plaintiff's

18   business, and confuse the public regarding the connection or affiliation between

19   Plaintiff and Defendants.

20       48.    Defendants' advertising, marketing, promotion, offer for sale, and/or

21   sale of their goods and services with the same or confusingly similar photographs,

22   coupled with PHYSICIANS' statement online that the photographs are of its own

23   patient, constitute unfair competition including unlawful, unfair, and fraudulent

24   business practices in violation of California *Business and Professions Code* §

25   17200 *et seq.*

26       49.    Defendants' wrongful use of the Subject Photos was without

27   Plaintiff's consent, and has damaged Plaintiff's business reputation and goodwill,

28   and unjustly enriched Defendants. Defendants' conduct was intended to cause

COMPLAINT; DEMAND FOR JURY TRIAL

1    such damage, loss, and injury to Plaintiff.

2        50.    Defendants knew or by exercise of reasonable care should have

3    known that their advertising, marketing, promotion, offer for sale, and/or sale of

4    goods and services would cause confusion, mistake, or deception among

5    consumers, and the public.

6        51.    By advertising, marketing, promoting, offering for sale, and/or selling

7    Defendants' goods and services, Defendants intended to and did induce, and intend

8    to and will induce consumers to purchase their goods and services by trading off

9    the extensive goodwill built up in Plaintiff's business by way of the Subject

10   Photos.

11       52.    Upon information and belief, the conduct of Defendants has been

12   knowing, deliberate, and willful, and was intended to cause confusion, mistake,

13   and/or to deceive, in disregard of Plaintiff's rights.

14       53.    Defendants' wrongful conduct, as alleged above, has permitted and

15   will permit them to make substantial sales and profits on the strength of the Subject

16   Photos and intrastate and interstate marketing, advertising, sales, and consumer

17   recognition.

18       54.    As a direct and proximate result of Defendants' conduct, as alleged

19   herein, Plaintiff is entitled to restitution from Defendants.

## PRAYER FOR RELIEF

20       WHEREFORE, Plaintiff prays for judgment against Defendant

21   PHYSICIANS, and DOES 1 through 10, inclusive, and each of them, as follows:

23       **As to the First Claim for Relief:**

24       A.    For an order that, by the acts complained of herein, Defendants have

25   infringed Plaintiff's copyright rights, in violation of 17 U.S.C. § 501.

26       B.    For an award of Defendants' profits and Plaintiff's damages in an

27   amount to be proven at trial for copyright infringement pursuant to the Copyright

28   Act of 1976, under 17 U.S.C. § 501.

COMPLAINT; DEMAND FOR JURY TRIAL

1    C.    For destruction of the infringing articles in Defendants' possession

2    pursuant to 17 U.S.C. § 503.

3    **As to the Second Claim for Relief:**

4    D.    For an order that, by the acts complained of herein, Defendants have

5    engaged in unfair competition and false advertising, in violation of 15 U.S.C. §

6    1125(a).

7    E.    For an order awarding Plaintiff general and/or specific damages, in an

8    amount to be fixed by the Court in accordance to proof, including enhanced and/or

9    exemplary damages, as appropriate, as well as disgorgement of all of Defendants'

10   profits or other ill-gotten gains of any kind from their acts of infringement, unfair

11   competition, deceptive business practices and false advertising.

12   F.    For an order that Defendants' conduct, as complained of herein, was

13   willful, wanton, malicious, and in conscious disregard of Plaintiff's rights, thereby

14   justifying an award of punitive and/or exemplary damages in an amount according

15   to proof at trial.

16   **As to the Third Claim for Relief:**

17   G.    For an order that, by the acts complained of herein, Defendants

18   engaged in unfair competition, in violation of the common law of California.

19   H.    For an order awarding Plaintiff general and/or specific damages, in an

20   amount to be fixed by the Court in accordance with proof, including enhanced

21   and/or exemplary damages, as appropriate, as well as disgorgement of all of

22   Defendants' profits or gains of any kind from their acts of infringement, unfair

23   competition, and false advertising.

24   I.    For an order that Defendants' conduct, as complained of herein, was

25   willful, wanton, malicious, and in conscious disregard of Plaintiff's rights, thereby

26   justifying an award of punitive and/or exemplary damages in an amount according

27   to proof at trial.

28

COMPLAINT; DEMAND FOR JURY TRIAL

**As to the Fourth Claim for Relief:**

J.      For an order that, by the acts complained of herein, Defendants have engaged in unfair competition and deceptive business practices and acts.

K.      For restitution in an amount to be proven at trial for unfair, fraudulent, and illegal business practices under *California Business and Professions Code* § 17200.

**As to all Claims for Relief:**

L.      For a temporary, preliminary, and permanent injunction, enjoining all Defendants, and each of them, and their agents, servants, employees, and all persons acting under or in concert with them from:

        i.      Using the Subject Photos in connection with Defendants' goods, marketing, advertising, or promotion materials, or otherwise in connection with Defendants' business;

        ii.     Using confusingly similar variations of the Subject Photos causing likelihood of confusion, deception, and/or mistake as to the source, nature, and/or quality of Defendants' goods and services;

        iii.    Otherwise infringing Plaintiff's exclusive use of the Photographs;

        iv.     Using or otherwise infringing Plaintiff's Copyrights;

        v.      Otherwise unfairly competing with Plaintiff in any manner;

        vi.     Falsely designating the origin of Defendants' goods and services; and

        vii.    Causing likelihood of confusion, mistake, and/or deception as to the source, nature, and/or quality of Defendants' goods and services.

M.      For an order awarding Plaintiff its costs and attorneys' fees incurred in prosecuting this action.

N.      For an order awarding Plaintiff pre- and post-judgment interest.

O.      For an order awarding such other relief that the Court deems just and

COMPLAINT; DEMAND FOR JURY TRIAL

1 | proper.

2 | ## DEMAND FOR JURY TRIAL

3 |     Pursuant to *Federal Rules of Civil Procedure Rule* § 38(b) and *Local Rule*

4 | 38-1, Plaintiff hereby respectfully demands a trial by jury with respect to all issues

5 | and claims asserted in this action.

6 | Dated: December 14, 2012          SCHIFFER & BUUS, APC

8 | By: _____

9 |     Eric M. Schiffer
    William L. Buus

10 | Attorneys for Plaintiff,
DOUGLAS HENDRICKS, M.D.

# EXHIBIT A

# EXHIBIT B

*-APPLICATION-*

## Title

Title of Work: Douglas Hendricks M.D. Surgical results 6/12/07

## Completion/Publication

Year of Completion: 2007

Date of 1st Publication: June 12, 2007     Nation of 1st Publication: United States

## Author

Author: Douglas Hendricks M.D.

Author Created: photograph(s)

Work made for hire: No

Citizen of: United States     Domiciled in: United States

## Copyright claimant

Copyright Claimant: Douglas Hendricks M.D.

280 Newport Center Drive, Suite 120, Newport Beach, CA, 92660, United States

## Rights and Permissions

Organization Name: Archer Norris APC

Name: Carol Gefis

Email: cgefis@archernorris.com     Telephone: 949-975-8200

Address: 4695 MacArthur Court

Suite 350

Newport Beach, CA 92660  United States

## Certification

Name: Carol Gefis

Date: October 31, 2012

**Registration #:**

**Service Request #:**  1-844929121

**Priority:**  Routine

**Application Date:**  October 31, 2012 03:23:38 PM

## Correspondent

**Organization Name:** Archer Norris APC

**Name:** Carol  Gefis

**Email:** cgefis@archernorris.com

**Address:** 4695 MacArthur Court
Suite 350
Newport Beach, CA 92660 United States

**Telephone:** 949-975-8200

**Fax:** 949-975-8210

## Mail Certificate

Archer Norris APC
Carol Gefis
4695 MacArthur Court
Suite 350
Newport Beach, CA 92660 United States

# EXHIBIT C



# EXHIBIT D

Feel Confident About Your New Body! Affordable Patient Financing Programs Available - View Our Monthly Promotions  X



Call us Today! 1-800-559-5476

An IMQ Accredited Institution. What is this?

Home    About Us    Body Sculpting    Before & After Gallery    Reviews    Pricing & Affordability    Locations

## Transform your body in one session!

SmartLipo technology permanently removes fat cells to enhance and shape almost any area of your body. It is a revolution in fat removal.



**Transform Your Body Today!**

Name

Phone

Email

Preferred Location

Message

D MwX    Enter the code shown

Request a Consultation

model







Before    After

### Our Procedures

Our procedures utilize the latest technologies in the industry. As an accredited provider of body sculpting services, each center is held to the highest standards of safety and excellence in patient care. Our professional medical staff is passionate about providing optimal results for each patient.

Read More

### Meet our Physicians

Our physicians only perform body contouring procedures. They are highly skilled in looking at the human body, and sculpting it in such a way that our patients end up feeling more confident in their appearance and can finally have that body they have always desired.

Read More

### Before & After

See the amazing results achieved on various regions of the body by browsing through our photo gallery. These pictures are not models, but our own patients.

Read More

## Why should I choose Physicians Skin and Weight Centers?

Each of our five centers located throughout California are here to serve you. Our selection criteria ensure we only have the most experienced, well-trained cosmetic physicians as a part of the team. Our full line of services includes body-sculpting using SmartLipo™, Laser Skin Resurfacing using SmartSkin™, CO2 (Fractional CO2 device), Laser Hair Removal and many other Skin Rejuvenation services and products. From your first point of contact through follow-up after services, we dedicate all of our resources to give you the attention, results and the experience you will certainly enjoy in achieving your goals.



## SmartLipo™ – As Seen On...



Website Disclaimer and Privacy Policy
HIPAA
Patient Rights & Responsibilities
Notice to Consumers

## Request a Free Consultation

Simply fill out the form below and we'll contact you.

Full Name

Email Address

Phone Number

Location

c F 5 7            Enter the code shown

**Request a Consultation**

## Contact Us

800-559-5476

## Follow Us

 

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| DOUGLAS HENDRICKS, M.D., an individual <br> *Plaintiff(s)* <br> v. <br> PHYSICIANS SKIN & WEIGHT CENTERS, INC., a <br> California Corporation; and DOES 1-10, inclusive <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Eric M. Schiffer (SBN 179695)
> William L. Buus (SBN 180059)
> SCHIFFER & BUUS, APC
> 3070 Bristol Street; Suite 530; Costa Mesa, CA 92626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   12-14-12

**LORI WAGERS**

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
DOUGLAS HENDRICKS, M.D. an individual

**DEFENDANTS**
PHYSICIANS SKIN & WEIGHT CENTERS, INC., a California Corporation;
and DOES 1- 10, inclusive,

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Eric M. Schiffer (SBN 179695)
William L. Buus (SBN 180059)   SCHIFFER & BUUS, APC
3070 Bristol Street; Suite 530; Costa Mesa, CA 92626

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☐ No     ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement; False Advertising; Unfair Competition; Violation of California Business & Professions Code

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number:  **SACV 12 - 02169 AG (RNBx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  December 14, 2012

   **Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

## SACV12- 2169 AG (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[X] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY